Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 308
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, BARBARA DEAN.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA DEAN, <br>     Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, <br> Commissioner Of Social Security, <br>     Defendant. | Case No.: 5:17-cv-01459-SK <br><br> ORDER <br> AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND TWO HUNDRED FIFTY DOLLARS ($4,250.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: September 7, 2018

_____
Hon. Steve Kim
U.S. Magistrate Judge